UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual, <br><br> Defendants - Appellants. | No. 17-16161 <br><br> D.C. No. 5:08-cv-05780-LHK <br> U.S. District Court for Northern California, San Jose <br><br> **ORDER** |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

By August 1, 2017, counsel for all parties intending to file briefs in this matter are requested to inform Ann Julius, Circuit Mediator, by email at ann_julius@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. This communication will be kept confidential, if requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect** pending the determination whether the case will be selected for inclusion in the Mediation Program.

FOR THE COURT:

vs/mediation

Virna Sanchez
Deputy Clerk