UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FACEBOOK, INC., a Delaware corporation,

        Plaintiff - Appellee,

 v.

POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,

        Defendants - Appellants.

No. 17-16161

D.C. No. 5:08-cv-05780-LHK
U.S. District Court for Northern California, San Jose

**ORDER**

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions.

FOR THE COURT:

vs/mediation

Ann Julius
Circuit Mediator