FILED

OCT 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,<br><br>    Defendants-Appellants. | No. 17-16161<br><br>D.C. No. 5:08-cv-05780-LHK Northern District of California, San Jose<br><br>ORDER |

The parties' joint consent motion (Docket Entry No. 8) to extend time for opening brief, answering brief and reply brief is granted. The opening briefs are due November 27, 2017.

The answering brief is due February 12, 2018. The optional reply briefs are due March 5, 2018.

          FOR THE COURT:
          MOLLY C. DWYER
          CLERK OF COURT


          By: Alihandra Totor
          Deputy Clerk
          Ninth Circuit Rule 27-7

amt/Pro Mo 10Oct2017