**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,<br><br>　　　　　Defendants-Appellants. | No.　17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |

　　Appellee's revised consent motion (Docket Entry No. 12) to extend time is granted. The opening briefs remain due November 27, 2017. The answering brief is due March 14, 2018. The optional reply briefs are due April 4, 2018.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: Alihandra Totor
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7

amt/Pro Mo 18Oct2017