UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,<br><br>Defendants-Appellants. | No. 17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' opposed motion (Docket Entry No. 16) to file a late opening brief is granted. The Clerk will file the joint opening brief submitted at Docket Entry No. 14 and will file the excerpts of record submitted at Docket Entry No. 15.

The answering brief is due April 23, 2018. The optional reply brief is due May 11, 2018.

Appellee's motion (Docket Entry No. 17) to strike the opening brief and to dismiss this appeal is denied.

amt/Pro Mo commish 01Jan2018