UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,<br><br>Defendants-Appellants. | No. 17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

The amended joint opening brief was filed on January 4, 2018 at Docket Entry No. 19. Appellants' motion (Docket Entry No. 21) for leave to file the amended joint opening brief is denied as unnecessary.

The answering brief is due April 23, 2018. The optional reply briefs are due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alihandra Totor
Deputy Clerk
Ninth Circuit Rule 27-7

amt/Pro Mo 11Jan2018