UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 17-16161 |
| Plaintiff-Appellee, | D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, |
| v. | San Jose |
| POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual, | ORDER |
| Defendants-Appellants. | |

Before: GRABER, M. SMITH[1], and MURGUIA, Circuit Judges.

The panel, as reconfigured, has voted to retain jurisdiction of this case.

Oral argument, if any, will be set at a later date.

---

[1] Pursuant to G.O.3.6.d, Judge M. Smith has been drawn to replace Judge Wardlaw.