FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>POWER VENTURES, INC., a Cayman Island corporation; STEVEN SURAJ VACHANI, an indvidual,<br><br>        Defendants-Appellants. | No. 17-16161<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |

Before: GRABER, M. SMITH, and MURGUIA, Circuit Judges.

This case is scheduled for oral argument on Wednesday, January 16, 2019, at 11:00 a.m. in Pasadena, California. Each party is allotted 20 minutes of argument time.