UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FACEBOOK, INC., a Delaware corporation,

   Plaintiff - Appellee,

v.

POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, an indvidual,

   Defendants - Appellants.

No. 17-16161

D.C. No. 5:08-cv-05780-LHK
U.S. District Court for Northern California, San Jose

**MANDATE**

The judgment of this Court, entered January 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7